Flora S. Kroencke, appellee, v. Chicago Railways Company et al., trading as Chicago Surface Lines, appellants. Gen. No. 33,878.

Opinion filed February 24, 1930. Rehearing denied March 10, 1930.

Brown, Fox & Blumberg, for appellants; Frank L. Kriete, John E. Kehoe, Charles LeRoy Brown and James L. Coleman, of counsel. Royal W. Irwin, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Vivian Whiteley, appellee, v. Chicago & Northwestern Railway Company, appellant. Gen. No. 33,898.

Opinion filed February 24, 1930. Rehearing denied March 10, 1930.

Nelson J. Wilcox and I. C. Belden, for appellant. John A. Bloomingston, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Prentis Harris, plaintiff in error, v. Staver Auto Service Company, defendant in error. Gen. No. 33,910.

Opinion filed February 24, 1930.

Henry C. Ferguson, for plaintiff in error. Sonnenschein, Berkson, Lautmann & Levinson, for defendant in error; Henry L. Kohn, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Paul D. Tomy, defendant in error, v. The Union of Roumanian Beneficial and Cultural Societies of America, plaintiff in error. Gen. No. 33,948.

Opinion filed February 24, 1930.

William McKinley and Paul E. Price, for plaintiff in error. Bryant, Meneely & Lewe, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.